# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Osvaldo Delgado Flores,<br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-3532<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __6/12/2025__, _____, at __2:00__ ☐ a.m. / ☑ p.m. before the Honorable __J. Chooljian__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __6/10/2025__

_____
U.S. District Judge/Magistrate Judge